IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LOU DAVIS                                                             PLAINTIFF

vs.                           Civil No. 6:16-cv-06106

NANCY A. BERRYHILL                                    DEFENDANT
Acting Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 31st day of January 2018.**

                                                                              /s/ Barry A. Bryant
                                                                              HON. BARRY A. BRYANT
                                                                              U. S. MAGISTRATE JUDGE